**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-20252-RS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

STELLA ENTERPRISES LLC, a Florida
Limited Liability Company d/b/a GLOBAL
AUTO REPAIR and SEVENTH AVE.
GROUP LLC, a Florida Limited Liability
Company

      Defendants.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

The undersigned counsel hereby files this Notice of Settlement and gives notice to this Honorable Court that the parties are in the process of completing settlement documents which will resolve all the issues pertaining to this lawsuit and will be submitting a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

Case No. 1:24-cv-20252-RS

HOWARD MICHAEL CAPLAN,

     Plaintiff,

     vs.

STELLA ENTERPRISES LLC, a Florida
Limited Liability Company d/b/a GLOBAL
AUTO REPAIR and SEVENTH AVE.
GROUP LLC, a Florida Limited Liability
Company,

     Defendants.

_____/

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 23, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

<u>**SERVICE LIST:**</u>

HOWARD MICHAEL CAPLAN vs. STELLA ENTERPRISES LLC, a Florida Limited Liability Company d/b/a GLOBAL AUTO REPAIR and SEVENTH AVE. GROUP LLC, a Florida Limited Liability Company

United States District Court Southern District of Florida

Case No. 1:24-cv-20252-RS

**<u>STELLA ENTERPRISES LLC d/b/a GLOBAL AUTO REPAIR</u>**
Registered Agent:
Fernandez, Oscar
12065 NW 7 Ave
North Miami, FL 33168

**VIA U.S. MAIL**

**<u>SEVENTH AVE. GROUP LLC</u>**
Attorney for Defendant:
Jonathan Smulevich, Esq.
Florida Bar No. 108260
LOWY AND COOK, P.A.
169 E. Flagler Street, Suite 700
Miami, FL 33131
Telephone: (305) 371-5585
Facsimile: (305) 371-5563
Email: jonathan@lowypa.com

**VIA CM/ECF**