Case No. 1:24-cv-20252-RS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

STELLA ENTERPRISES LLC, a Florida
Limited Liability Company d/b/a GLOBAL
AUTO REPAIR and SEVENTH AVE.
GROUP LLC, a Florida Limited Liability
Company,

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff, HOWARD MICHAEL CAPLAN, and Defendant, SEVENTH AVE. GROUP

LLC (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule

41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this

action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other

than those specified in a Confidential Settlement Agreement and agree not to file any additional

motions in this matter. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

| | |
|---|---|
| By: _Ronald E. Stern_ | By: _Jonathan Smulevich_ |
| Ronald E. Stern, Esq. | Jonathan Smulevich, Esq. |
| Florida Bar No. 10089 | Florida Bar No. 108260 |
| THE ADVOCACY LAW FIRM, P.A. | LOWY AND COOK, P.A. |
| 1835 E Hallandale Beach Blvd., # 757 | 169 E. Flagler Street, Suite 700 |
| Hallandale, Florida 33009 | Miami, FL 33131 |
| Telephone: (954) 639-7016 | Telephone: (305) 371-5585 |
| Facsimile: (954) 639-7198 | Facsimile: (305) 371-5563 |
| Email: ronsternlaw@gmail.com | Email: jonathan@lowypa.com |
| Attorney for Plaintiff | Attorney for Defendant |

Case No. 1:24-cv-20252-RS

HOWARD MICHAEL CAPLAN,

       Plaintiff,

       vs.

STELLA ENTERPRISES LLC, a Florida Limited Liability Company d/b/a GLOBAL AUTO REPAIR and SEVENTH AVE. GROUP LLC, a Florida Limited Liability Company

       Defendants.
_____/

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on June 25, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

<u>**SERVICE LIST**</u>**:**

HOWARD MICHAEL CAPLAN vs. STELLA ENTERPRISES LLC, a Florida Limited Liability Company d/b/a GLOBAL AUTO REPAIR and SEVENTH AVE. GROUP LLC, a Florida Limited Liability Company

United States District Court Southern District of Florida

Case No. 1:24-cv-20252-RS

<u>**STELLA ENTERPRISES LLC d/b/a GLOBAL AUTO REPAIR**</u>

Registered Agent:
Fernandez, Oscar
12065 NW 7 Ave
North Miami, FL 33168

**VIA U.S. MAIL**

<u>**SEVENTH AVE. GROUP LLC**</u>

Attorney for Defendant:
Jonathan Smulevich, Esq.
Florida Bar No. 108260
LOWY AND COOK, P.A.
169 E. Flagler Street, Suite 700
Miami, FL 33131
Telephone: (305) 371-5585
Facsimile: (305) 371-5563
Email: jonathan@lowypa.com

**VIA CM/ECF**