**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-20252-CIV-SMITH**

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

STELLA ENTERPRISES LLC, *et al.*,

      Defendants.

_____/

### <u>ORDER OF DISMISSAL</u>

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice

[DE 27].  Upon consideration, it is

      **ORDERED** that:

1.  This case is **DISMISSED with prejudice.**

2.  All pending motions are **DENIED as moot.**

3.  The parties shall bear their own attorney's fees and costs.

4.  The case is **CLOSED.**

      **DONE AND ORDERED** in Fort Lauderdale, Florida this 25th day of June, 2024.

                                      RODNEY SMITH
                                      UNITED STATES DISTRICT JUDGE

cc: Counsel of Record